**Armando MARTINEZ, Plaintiff–Appellant,**

v.

**IMPERIAL IRRIGATION DISTRICT, Defendant–Appellee.**

No. 03–1649.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2003.

*ORDER*

Pursuant to this court's order of October 30, 2003, this appeal is hereby transferred to the U.S. Court of Appeals for the Ninth Circuit.